AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Western     DISTRICT OF     Michigan

**APPEARANCE**

Alticor Inc., Amway Corp., and Quixtar Inc. v. NCR Corp.     Case Number:  07 CV 262

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alticor Inc., Amway Corp., and Quixtar Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/21/2007 | s/ Manish K. Mehta |
| Date | Signature |
| | Manish K. Mehta |
| | Print Name     Bar Number |
| | 455 N. Cityfront Plaza, Suite 3600 |
| | Address |
| | Chicago     IL     60611 |
| | City     State     Zip Code |
| | (312) 840-3285     (312) 321-4299 |
| | Phone Number     Fax Number |

Digitally signed by s/ Manish K. Mehta
DN: CN = s/ Manish K. Mehta, C = US, O = Brinks Hofer Gilson & Lione
Date: 2007.08.21 15:30:40 -05'00'